Louis Gordon, Respondent, v. New York Telephone Company, Appellant.— Judgment affirmed, with costs. No opinion. (Ingraham and McLaughlin, JJ., dissenting.)

Salvatore Denofrio, Appellant, v. Martin Kretsch and Augusta Kretsch, Respondents.— Judgment affirmed, with costs. No opinion.

Hindy Kestenberg, as Administratrix, etc., of Nathan Feldman, Deceased, Appellant, v. The New York, New Haven and Hartford Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion.

Martha W. Schey, Respondent, v. Bertha Schey, Impleaded with Berthold M. Schey, Individually and as Executor, etc., of Simon Schey, Deceased, and Others, Appellants.— Judgment affirmed, with costs. No opinion.

William C. McKnight, Respondent, v. Ida Effie Barnes McKnight, Appellant. — Judgment affirmed, with costs. No opinion.

Albert Lilienthal and Philip N. Lilienthal, Respondents, v. The German American Brewing Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Walter Judson Sprankle, Respondent, v. Archer & Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Mary Burns, as Administratrix, etc., of Patrick H. Burns, Deceased, Respondent, v. William L. Crow, Appellant.— Judgment and order affirmed, with costs. No opinion. (Ingraham and McLaughlin, JJ., dissenting.)

Annie Shields, as Administratrix, etc., of Michael Shields, Deceased, Respondent, v. Paul B. Pugh & Company, Appellant, Impleaded with Samuel Batton.— Judgment and order affirmed, with costs, on 122 Appellate Division, 586.

In the Matter of the Appraisal under the Act in Relation to Taxable Transfers of Property of the Property of George H. Schinzel, Deceased. The Comptroller of the State of New York, Appellant, Respondent; Francis S. Smithers and Ida Hoening, as Surviving Executors, etc., of George H. Schinzel, Deceased, Respondents, Appellants.— Order affirmed, without costs. No opinion.